UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CHAVEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4: 21 CV 570 RWS |
| ) | |
| SYNERGETIC COMMUNICATION ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The Clerk of Court entered default against defendant USI Solutions, Inc. on July 19, 2021 [8] and the remaining defendants have been dismissed due to settlement [4] or are Doe defendants not identified or served. Plaintiff having filed an appropriate motion for entry of default judgment against defendant USI Solutions, Inc., supported by all necessary affidavits and documentation, the Court concludes that plaintiff is entitled to $1,000 in statutory damages for the reasons stated by plaintiff in her motion and will grant default judgment as follows.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment is granted [12] and plaintiff shall have default judgment against defendant USI Solutions, Inc. in the amount of $1,000.

**IT IS FURTHER ORDERED** that plaintiff's request for attorney's fees is denied without prejudice to plaintiff filing a motion for attorney's fees in accordance with the local rules of this Court.

**IT IS FURTHER ORDERED** that the Doe defendants are dismissed without prejudice.

A separate Judgment is entered this same date.

                                                RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of August, 2021.