UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CHAVEZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21 CV 570 RWS |
| SYNERGETIC COMMUNICATION INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's unopposed motion for attorneys' fees. [15]. The Court entered default judgment in favor of plaintiff and against defendant USI Solutions, Inc. in the amount of $1,000 on August 25, 2021. [14]. Plaintiff having demonstrated in her properly supported motion that she is entitled to reasonable attorneys' fees under the Fair Debt Collection Practices Act as a prevailing party and the Court having concluded that a lodestar fee award represents a reasonable attorneys' fee for this case and that the hourly rates and the number of hours sought to be recovered by plaintiff are reasonable, the Court will award plaintiff the requested $3,855.00 as a reasonable attorneys' fee in this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorneys' fees [15] is granted and defendant USI Solutions, Inc.. shall pay plaintiff $3,855.00 in attorneys' fees.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2021.